NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LENOVO (UNITED STATES) INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ASUSTEK COMPUTER, INC., ASUS COMPUTER
INTERNATIONAL,**
*Intervenors*

———————————

2025-2030

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1382.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                               LENOVO (UNITED STATES) INC. v. ITC

(2) Each side shall bear their own costs.

FOR THE COURT

August 11, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 11, 2026